UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA, INC.,<br><br>    Defendant. | Civil Action No.: 2:12-CV-01192-PD |

## Plaintiff's Notice of Voluntary Dismissal

Plaintiff New England Carpenters Health and Welfare Fund hereby voluntarily dismisses this action as to all defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: September 5, 2012

s/ Jeffrey L. Kodroff (JLK4986)
Jeffrey L. Kodroff
SPECTOR ROSEMAN KODROFF & WILLIS PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax. (215) 496-6611
jkodroff@srkw-law.com

Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel. (206) 623-7292
Fax. (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Thomas M. Sobol
Lauren Guth Barnes
Kristen Johnson Parker

HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel. (617) 482-3700
Fax. (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
kristenjp@hbsslaw.com

Kenneth A. Wexler
Bethany R. Turke
Dawn M. Goulet
Amy E. Keller
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Tel. (312) 346-2222
Fax (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
dmg@wexlerwallace.com
aek@wexlerwallace.com

*Counsel for New England Carpenters Health and Welfare Fund and the proposed class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA, INC.,<br><br>    Defendant. | Civil Action No.: 2:12-CV-01192-PD |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2012, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was served via the Court's ECF system to all Counsel of Record, as reflected in Civil Action No.: 2:12-CV-01192-PD.

Dated: September 5, 2012

s/ Jeffrey L. Kodroff (JLK4986)
Jeffrey L. Kodroff
SPECTOR ROSEMAN KODROFF & WILLIS PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax. (215) 496-6611
jkodroff@srkw-law.com